PROB 12C
(6/16)

Report Date: November 6, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesse Brent Stahl     Case Number: 0980 2:07CR02036-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓ Moxee, Washington 98936

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 10, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Receipt of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | | |
| Original Sentence: | Prison - 180 months; TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | April 11, 2020 |
| Defense Attorney: | Brian K. Sanderson | Date Supervision Expires: | N/A |

## PETITIONING THE COURT

To issue a summons.

On March 26, 2021, Mr. Stahl met with a U.S. Probation officer and reviewed the conditions of supervised release outlined in his judgment. Mr. Stahl signed and acknowledged an understanding of the conditions imposed. On July 7, 2022, Mr. Stahl met with this probation officer and reviewed the conditions of supervised release outlined in his judgment and waived a hearing to modify his conditions to ensure his compliance with computer monitoing conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records. |
| | **Supporting Evidence**: Mr. Stahl is considered to be in violation of his supervised release conditions by possessing images that displayed nudity and pornography since on or about October 2, 2025. |

Prob12C
**Re: Stahl, Jesse Brent**
**November 6, 2025**
**Page 2**

On October 2, 2025, Mr. Stahl was involvled in a vehicle accident and required hospitlization. Mr. Stahl's possessions, including his cellular telephone, were given to his adult daughter.

On October 15, 2025, Mr. Stahl's daughter stated she observed questionable images on Mr. Stahl's cellular telephone and transferred the possession of the telephone to the probation office.

On November 3, 2025, a search of Mr. Stahl's cellular telephone data revealed four images containing nudity and one image containing pornography.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 6, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

November 7, 2025

Date